

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00573-CV

COLE DISTRIBUTION, INC., COLE CHEMICAL & DISTRIBUTING, INC.,
PRINCESS PROPERTIES LIMITED PARTNERSHIP, COLE INTERNATIONAL,
INC., AND DONNA F. COLE, Appellants

V.

VEXAPAK L.L.C., ANTONIO GONZALEZ CORTEX AKA ANTONIO GONZALEZ
JR. AKA ANTONIO D. GONZALEZ AKA ANTONIO D. GONZALEZ CORTES AND
ANTONIO GONZALEZ CARDENAS, Appellees

Appeal from the 125th District Court of Harris County (Tr. Ct. No. 2008-27646)

After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

The Court **orders** that Appellants pay all costs incurred by reason of this appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 24, 2015.

Judgment rendered by panel consisting of Justices Jennings, Keyes, and Bland.